IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00894-CMA-MJW

EMSAT ADVANCED GEO-LOCATION TECHNOLOGY, LLC, et al,

Plaintiff(s),

v.

AT&T MOBILITY LLC, et al,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the Unopposed Motion to Withdraw Motion to Quash Subpoena of Richard A. Chandler, DN 4, filed with the Court on April 27, 2010, is GRANTED and the Motion to Quash Subpoena of Richard A. Chandler, DN 1, filed with the Court on April 21, 2010, is deemed withdrawn.

    It is further ORDERED that this case shall be closed.

Date: May 4, 2010